**Impact Investigations, Inc.**
4 E Ogden Ave #175
Westmont, IL 60559
Phone 630.574.8450
Fax 630.540.1315

# INVOICE

INVOICE # 

DATE: DECEMBER 15, 2015

**CLIENT BILLED:**

Lyngklip & Associates
24500 Northwestern Hwy., Ste 206
Southfield, MI 48075

(248) 208-8864

**CASE INFORMATION:**
15-CV-14196

Plaintiff:
**Todd Bootz**

Defendant:
**K.I.P., LLC, et al**

Received: 12-14-2015   Completed: 12-17-2015

To be served on: Charles Dickey

| CLIENT REFERENCE NUMBER | REQUISITIONER | TERMS |
|---|---|---|
|  |  | Due on 12-17-2015 |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1.00 | Secondary Zone Process Fee | $85.00 | $85.00 |

| PAYMENTS | DATE | CHECK NO. | AMOUNT |
|---|---|---|---|
| Check | 12-08-2015 |  | $85.00 |

SUBTOTAL $85.00
SALES TAX $0.00
RETAINER PAID $85.00

TOTAL DUE $0.00

**LOCATION OF PRIMARY SERVICE ATTEMPT(S):**
505 Rosebush Lane, Oswego, IL, 60543

**COMMENTS OR SPECIAL INSTRUCTIONS:**

Thank you for your business!

Copyright © 2014 Process Server Central, LLC. US Pat. 8,396,765. All Rights Reserved.